| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-6<br>Case 23-50927-KMS<br>Southern District of Mississippi<br>Gulfport-6 Divisional Office<br>Mon Apr  7 19:26:58 CDT 2025 | Gori, Julian & Associates<br>156 North Main Street<br>Edwardsville, IL 62025-1902 | U.S. Bankruptcy Court<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501-2036 |
| 1st Heritage Credit<br>936 Hall St A<br>Wiggins, MS 39577-2112 | AmRent Consumer Relations<br>Notice Only<br>Po Box 530091<br>Atlanta, GA 30353-0091 | BSI Financial Services<br>Attn: Customer Care<br>Po Box 517<br>Titusville, PA 16354-0517 |
| Capital One Card Services<br>Bankruptcy Dept<br>Po Box 30285<br>Salt Lake Cty, UT 84130-0285 | Capital One N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Certegy Check Services<br>Notice Only<br>Po Box 30296<br>Tampa, FL 33630-3296 |
| ChexSystems<br>Notice Only<br>7805 Hudson Rd Ste 100<br>Saint Paul, MN 55125-1595 | (p)CORELOGIC<br>40 PACIFICA<br>SUITE 800<br>IRVINE CA 92618-7485 | Credit Collection Services<br>725 Canton Street<br>Norwood, MA 02062-2679 |
| Credit One Bankruptcy Notices<br>Bankruptcy Dept<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | DHS - MS<br>Hon Constance Morrow<br>Po Box 352<br>Jackson, MS 39205-0352 | Department of Treasury -<br>Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 |
| Dept of Ed c/o US Attorney DC<br>Attn: Civil Process Clerk<br>555 4th St Nw<br>Washington, DC 20001-2733 | Dept of Ed c/o US Attorney MS<br>Attn: Civil Process Clerk<br>501 E Court Street 4.430<br>Jackson, MS 39201-5025 | Dept of Education<br>Bankruptcy Notices<br>400 Maryland Ave Sw<br>Washington, DC 20202-0001 |
| Early Warning Services<br>Notice Only<br>16552 N 90th St<br>Scottsdale, AZ 85260-1619 | (p)EQUIFAX  INC<br>1550 Peachtree Street NE<br>Atlanta, GA 30309 | Experian<br>Notice Only<br>Po Box 2002<br>Allen, TX 75013-2002 |
| FIRST HERITAGE OF MISSISSIPPI, LLC - WIGGINS<br>C/O HEIGHTS FINANCE CORPORATION<br>P.O. BOX 1947<br>GREENVILLE, SC 29602-1947 | IRS c/o US Attorney DC<br>Notice Only<br>555 4th Street NW<br>Washington, DC 20530-0001 | IRS c/o US Attorney MS<br>Notice Only<br>501 E Court St Ste 4.430<br>Jackson, MS 39201-5025 |
| Innovis Consumer Assistance<br>Notice Only<br>Po Box 1689<br>Pittsburgh, PA 15230-1689 | JAMS<br>Notice Only<br>18881 Von Karman Ave 350<br>Irvine, CA 92612-6589 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| MS Dept of Revenue<br>Bankruptcy Department<br>Po Box 22808<br>Jackson, MS 39225-2808 | Natalie Kareda Brown, Esq.<br>Rubin Lublin, LLC<br>For Servis One, Inc dba BSI Financial Se<br>428 North Lamar Blvd Suite 107<br>Oxford, MS 38655-3221 | One Main Corporate Office<br>Po Box 3251<br>Evansville, IN 47731-3251 |

| | | |
|---|---|---|
| OneMain Financial Group, LLC<br>OneMain<br>PO Box 3251<br>Evansville, IN 47731-3251 | Quality Asset Recovery<br>7 Foster Ave Ste 101<br>Gibbsboro, NJ 08026-1191 | SERVIS ONE, INC DBA BSI FINANCIAL SERVICES<br>C/O BSI Financial Services<br>4200 Regent Blvd, Suite 200<br>Irving, TX 75063-2240 |
| Santander Bankruptcy Notices<br>Bankruptcy Dept<br>Po Box 961245<br>Fort Worth, TX 76161-0244 | Santander Consumer USA, Inc.<br>1601 Elm St., Ste. 800<br>Dallas, TX 75201-7260 | Student Loans c/o US Attorney DC<br>Notice Only<br>555 4th Street NW<br>Washington, DC 20530-0001 |
| Student Loans c/o US Attorney MS<br>Notice Only<br>501 E Court Street #4.430<br>Jackson, MS 39201-5025 | (p)TELECHECK SERVICES INC<br>P O BOX 6806<br>HAGERSTOWN MD 21741-6806 | Transunion<br>Notice Only<br>2 Baldwin Pl<br>Crum Lynne, PA 19022-1370 |
| United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 | Brian C. Sumrall<br>1951 Jericho Loop<br>Mc Lain, MS 39456-2556 | (p)DAVID RAWLINGS<br>ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE<br>PO BOX 566<br>HATTIESBURG MS 39403-0566 |
| Frank H. Coxwell<br>Coxwell Attorneys<br>Suite 102<br>1675 Lakeland Drive<br>Jackson, MS 39216-4850 | Rachel Coxwell<br>Coxwell Attorneys<br>1675 Lakeland Drive Suite #102<br>Jackson, MS 39216-4850 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CoreLogic Credco LLC<br>Notice Only<br>1500 Nw Bethany Blvd Ste 300<br>Beaverton, OR 97006-5238 | Equifax Info Services<br>Notice Only<br>Po Box 105314<br>Atlanta, GA 30348-5314 | Telecheck<br>Notice Only<br>5251 Westheimer Rd<br>Houston, TX 77056-5412 |
| David Rawlings<br>David Rawlings, Chapter 13 Trustee<br>P.O. Box 566<br>Hattiesburg, MS 39403 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Gori, Julian & Associates, P.C | (u)SERVIS ONE, INC DBA BSI FINANCIAL SERVICES | (u)The Lampin Law Firm |

**End of Label Matrix**
**Mailable recipients** 43
**Bypassed recipients** 3
**Total** 46