_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 8, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: BRIAN C. SUMRALL                           CHAPTER 13 # 23-50927    KMS

ORDER GRANTING MOTION TO INCUR A NEW DEBT

    This Matter came before this Honorable Court on the Debtor's Motion to Incur a New Debt [Dkt# 86], and the Court orders as follows:

    THAT, the Debtor's Motion to Incur is granted.

    THAT, the Debtor is authorized to purchase a vehicle, with terms not to exceed a total amount financed of $26,995.00 for an estimated monthly note of $620.00 and an interest rate of up to 18.32%.

    THAT, said indebtedness is to be paid outside of the CH 13 plan.

## END OF ORDER##

Prepared by:
Rachel A. Coxwell (MSB#105559)
Coxwell Attorneys
1675 Lakeland Drive, Suite 102
Jackson, Mississippi 39216
rachel@coxwellattorneys.com
Voice: (601) 948-4450
Fax: (601) 608-7858