United States Bankruptcy Court
Southern District of Mississippi

| In re: | Case No. 23-50927-KMS |
|---|---|
| Brian C. Sumrall | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 08, 2025 | Form ID: pdf012 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Brian C. Sumrall, 1951 Jericho Loop, Mc Lain, MS 39456-2556 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Frank H. Coxwell | on behalf of Debtor Brian C. Sumrall frank@coxwellattorneys.com joanie@coxwellattorneys.com,rachel@coxwellattorneys.com,coxwellattorneys@jubileebk.net |
| Natalie Kareda Brown | on behalf of Creditor SERVIS ONE INC DBA BSI FINANCIAL SERVICES nbrown@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com |
| Rachel Coxwell | on behalf of Debtor Brian C. Sumrall rachel@coxwellattorneys.com fhcfile@gmail.com,joanie@coxwellattorneys.com,frank@coxwellattorneys.com,coxwellattorneys@jubileebk.net |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Special Counsel Gori Julian & Associates trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | |

District/off: 0538-6        User: mssbad        Page 2 of 2
Date Rcvd: Apr 08, 2025        Form ID: pdf012        Total Noticed: 1

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 8, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: BRIAN C. SUMRALL                    CHAPTER 13 # 23-50927    KMS

ORDER GRANTING MOTION TO INCUR A NEW DEBT

This Matter came before this Honorable Court on the Debtor's Motion to Incur a New Debt [Dkt# 86], and the Court orders as follows:

THAT, the Debtor's Motion to Incur is granted.

THAT, the Debtor is authorized to purchase a vehicle, with terms not to exceed a total amount financed of $26,995.00 for an estimated monthly note of $620.00 and an interest rate of up to 18.32%.

THAT, said indebtedness is to be paid outside of the CH 13 plan.

## END OF ORDER##

Prepared by:
Rachel A. Coxwell (MSB#105559)
Coxwell Attorneys
1675 Lakeland Drive, Suite 102
Jackson, Mississippi 39216
rachel@coxwellattorneys.com
Voice: (601) 948-4450
Fax: (601) 608-7858