

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 2, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: BRIAN C SUMRALL                    CHAPTER 13 # 23-50927 KMS

ORDER GRANTING MOTION TO SUSPEND CHAPTER 13 PLAN PAYMENTS,
INCLUDING ONGOING MORTGAGE PAYMENTS

This Matter having come before this Honorable Court on the Debtor's Motion to Suspend Plan Payments, including the ongoing mortgage payments [Dkt# 94], the Court orders as follows:

THAT, the Motion to Suspend Chapter 13 plan payments, including the ongoing monthly mortgage payments is granted.

THAT, the Trustee is authorized to increase the plan payment as necessary to fund this Chapter 13 over the remaining term, including the ongoing mortgage payments, when payments begin again in April 2025.

##END OF ORDER##

PREPARED BY:
Rachel A. Coxwell   MSB#105559
Coxwell Attorneys
1675 Lakeland Drive Suite 102
Jackson, MS 39216-4850
601 948-4450 voice
601 608-7858 fax
rachel@coxwellattorneys.com