United States Bankruptcy Court
Southern District of Mississippi

In re:                                                          Case No. 23-50927-KMS

Brian C. Sumrall                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                    User: mssbad                          Page 1 of 2

Date Rcvd: May 02, 2025                 Form ID: pdf012                   Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Brian C. Sumrall, 1951 Jericho Loop, Mc Lain, MS 39456-2556 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5270169 | + | Email/Text: bankruptcy@bsifinancial.com | May 02 2025 19:24:00 | SERVIS ONE, INC DBA BSI FINANCIAL SERVICES, C/O BSI Financial Services, 4200 Regent Blvd, Suite 200, Irving, TX 75063-2240 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2025                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Frank H. Coxwell | on behalf of Debtor Brian C. Sumrall frank@coxwellattorneys.com joanie@coxwellattorneys.com,rachel@coxwellattorneys.com,coxwellattorneys@jubileebk.net |
| Natalie Kareda Brown | on behalf of Creditor SERVIS ONE  INC DBA BSI FINANCIAL SERVICES nbrown@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: May 02, 2025 | Form ID: pdf012 | Total Noticed: 2 |

Rachel Coxwell
    on behalf of Debtor Brian C. Sumrall rachel@coxwellattorneys.com
    fhcfile@gmail.com,joanie@coxwellattorneys.com,frank@coxwellattorneys.com,coxwellattorneys@jubileebk.net

Samuel J. Duncan
    on behalf of Trustee David Rawlings sduncan@rawlings13.net

Thomas Carl Rollins, Jr
    on behalf of Special Counsel Gori  Julian & Associates trollins@therollinsfirm.com,
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
    nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 7



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 2, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: BRIAN C SUMRALL                           CHAPTER 13 # 23-50927 KMS

ORDER GRANTING MOTION TO SUSPEND CHAPTER 13 PLAN PAYMENTS,
INCLUDING ONGOING MORTGAGE PAYMENTS

This Matter having come before this Honorable Court on the Debtor's Motion to Suspend

Plan Payments, including the ongoing mortgage payments [Dkt# 94], the Court orders as

follows:

THAT, the Motion to Suspend Chapter 13 plan payments, including the ongoing monthly

mortgage payments is granted.

THAT, the Trustee is authorized to increase the plan payment as necessary to fund this

Chapter 13 over the remaining term, including the ongoing mortgage payments, when payments

begin again in April 2025.

##END OF ORDER##

PREPARED BY:
Rachel A. Coxwell   MSB#105559
Coxwell Attorneys
1675 Lakeland Drive Suite 102
Jackson, MS 39216-4850
601 948-4450 voice
601 608-7858 fax
rachel@coxwellattorneys.com