**Fill in this information to identify the case:**

Debtor 1  Brian C. Sumrall

Debtor 2 (Spouse, if filing)

United States Bankruptcy Court for the:  Southern District of Mississippi

Case number  23-50927-KMS

Official Form 410S1

# Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Servis One, Inc. DBA BSI Financial Services

**Court claim no.** (if known): 7-1

**Last 4 digits** of any number you use to identify the debtor's account:  6 6 6 5

**Date of payment change:**
Must be at least 21 days after date of this notice:  10/01/2025

**New total payment:**
Principal, interest, and escrow, if any:  $ 1,875.84

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment:  $ 711.24       New escrow payment:  $ 590.85

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1           Notice of Mortgage Payment Change           page 1

Debtor 1  **Brian C. Sumrall**
First Name    Middle Name    Last Name

Case number (*if known*) **23-50927-KMS**

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ **/s/ D. Anthony Sottile**
Signature

Date **09/10/2025**

Print: **D. Anthony Sottile**
First Name    Middle Name    Last Name

Title **Authorized Agent for Creditor**

Company **Sottile & Barile, LLC**

Address **394 Wards Corner Road, Suite 180**
Number    Street
**Loveland**    **OH**    **45140**
City    State    ZIP Code

Contact phone **513-444-4100**

Email **bankruptcy@sottileandbarile.com**



```
                                                    314 S Franklin St / Second Floor
                                                                        PO Box 517
                                                                  Titusville PA 16354
                                                                       800-327-7861
                                                                   814-260-4159 Fax
                                                                 www.bsifinancial.com


 BRIAN C SUMRALL                         YOUR LOAN NUMBER: █████████
 4580 SHIPYARD RD
 MOBILE              AL 36619

                                         DATE: 08/29/25


               *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT ***

 PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
 THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
 REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
 ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING 10/01/25 THROUGH 09/30/26.
 ------- ANTICIPATED PAYMENTS FROM ESCROW - 10/01/25 THROUGH 09/30/26 -------
                 FLOOD F/P                   2072.63
                 HOMEOWNERS INS              2634.00
                 COUNTY TAX                  2383.58

                 TOTAL PAYMENTS FROM ESCROW   7090.21

                 MONTHLY PAYMENT TO ESCROW     590.85 (1/12TH OF ABOVE TOTAL)

 ------- ANTICIPATED ESCROW ACTIVITY - 10/01/25 THROUGH 09/30/26--------
          -ANTICIPATED PAYMENTS-               -- ESCROW BALANCE COMPARISON --
 MONTH  TO ESCROW  FROM ESCROW   DESCRIPTION    ANTICIPATED        REQUIRED
                   ACTUAL STARTING BALANCE       3623.52           3545.11
 OCT 25   590.85                                 4214.37           4135.96
 NOV 25   590.85                                 4805.22           4726.81
 DEC 25   590.85                                 5396.07           5317.66
 JAN 26   590.85                                 5986.92           5908.51
 FEB 26   590.85     2383.58    COUNTY TAX       4194.19           4115.78
 MAR 26   590.85     2072.63    FLOOD F/P        2712.41           2634.00
 APR 26   590.85                                 3303.26           3224.85
 MAY 26   590.85     2634.00    HOMEOWNERS I ALP 1260.11    RLP    1181.70
 JUN 26   590.85                                 1850.96           1772.55
 JUL 26   590.85                                 2441.81           2363.40
 AUG 26   590.85                                 3032.66           2954.25
 SEP 26   590.85                                 3623.51           3545.10

 ------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

 IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
 (RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS        0.00.
 NOTE - THIS SHORTAGE THAT WILL BECOME PART OF YOUR MONTHLY PAYMENT
```

WILL BE COLLECTED FOR A PERIOD OF 00 MONTHS FROM OCTOBER 01, 2025.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS        78.41.
DEPENDING ON THE AMOUNT AND APPLICABLE FEDERAL AND STATE REQUIREMENTS, THE
SURPLUS FUNDS WILL EITHER BE SENT TO YOU IN THE FORM OF A CHECK OR APPLIED TO
FUTURE PAYMENTS.


------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
            PRINCIPAL & INTEREST                         1284.99
            ESCROW (1/12TH OF ANNUAL ANTICIPATED          590.85
              DISBURSEMENTS AS COMPUTED ABOVE)
            PLUS: OPTIONAL INSURANCE PREMIUMS               0.00
            PLUS: REPLACEMENT RESERVE OR FHA SVC CHG        0.00
            PLUS: SHORTAGE PAYMENT                          0.00
            MINUS: SURPLUS CREDIT                           0.00
            ROUNDING ADJUSTMENT                             0.00
            MINUS: BUYDOWN/ASSISTANCE PAYMENTS              0.00


BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 10/01/25     1875.84
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS     1181.70.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS     1181.70.


YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
10/24       711.24     11/24       711.24     12/24      6751.23   *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00       0.00                   00/00       0.00
00/00       0.00                   00/00       0.00
00/00       0.00                   00/00       0.00

Licensed as Servis One, Inc. dba BSI Financial Services.

BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 10:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT-6 DIVISIONAL OFFICE**

| | |
|---|---|
| In Re: | Case No. 23-50927-KMS |
| Brian C. Sumrall | Chapter 13 |
| Debtor. | Judge Katherine M. Samson |

## CERTIFICATE OF SERVICE

I certify that on September 10, 2025, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Frank H. Coxwell, Debtor's Counsel
    frank@coxwellattorneys.com

    Rachel Coxwell, Debtor's Counsel
    rachel@coxwellattorneys.com

    David Rawlings, Chapter 13 Trustee
    ecfnotices@rawlings13.net

    Samuel J. Duncan, Office of the Chapter 13 Trustee
    sduncan@rawlings13.net

    Office of the United States Trustee
    USTPRegion05.JA.ecf@usdoj.gov

I further certify that on September 10, 2025, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Brian C. Sumrall, Debtor
    1951 Jericho Loop
    Mc Lain, MS 39456-2556

Dated: September 10, 2025          /s/ D. Anthony Sottile
                                                             D. Anthony Sottile
                                                             Authorized Agent for Creditor
                                                             Sottile & Barile, LLC
                                                             394 Wards Corner Road, Suite 180
                                                             Loveland, OH 45140
                                                             Phone: 513.444.4100
                                                             Email: bankruptcy@sottileandbarile.com