**DAVID RAWLINGS, TRUSTEE**
**P.O. BOX 566**
**HATTIESBURG, MS  39403**
**TELEPHONE (601) 582-5011**

DATE:  December 30, 2025

BRIAN C. SUMRALL
1951 Jericho Loop
Mc Lain, MS  39456-2556

CASE NO.  23-50927 KMS

**RE:**     **NOTICE OF DEFAULT**

Dear Debtor:

Pursuant to a previous Order of this Court, **if you become delinquent in your Chapter 13 payments, your case will be dismissed without further hearing**. Enclosed is a printout showing your payment history. As you can see, your payments are delinquent.

The Order of Dismissal will be sent to the Court fourteen (14) days from the date of this letter unless you are current with your plan payments or other relief is sought.

A copy of this letter is being forwarded to your attorney.

OFFICE OF THE STANDING TRUSTEE

/s/  DAVID RAWLINGS, TRUSTEE
CASE ADMINISTRATOR:  TRACY FOUNDS

COUNSEL FOR DEBTOR:

FRANK H. COXWELL
1675 Lakeland Drive, Suite102
JACKSON, MS  39216

DAVID RAWLINGS, STANDING TRUSTEE
INQUIRY ON CASE 23-50927 KMS, BRIAN C. SUMRALL

## RECEIPT DATA

| | | | |
|---|---|---|---|
| TOTAL RCPTS: $93,360.54 | # MO. SINCE CON: 24 | RCPTS OVERDUE: $11,114.64 |
| LAST RCPT: 12/01/2025 | # MO. REMAINING: 60 | |
| RCPTS DUE: $92,467.53 | TOTAL PLAN LENGTH: 60 | |

## RECEIPT SCHEDULE  (Payroll Order)

| NAME | AMOUNT | START DATE | # OF PERIODS | FREQUENCY |
|---|---|---|---|---|
| BRIAN C. SUMRALL | $3,702.00 | 07/30/2023 | 1 | MONTHLY |
| BRIAN C. SUMRALL | $1,193.38 | 08/30/2023 | 1 | MONTHLY |
| BRIAN C. SUMRALL | $0.00 | 09/30/2023 | 1 | MONTHLY |
| BRIAN C. SUMRALL | $3,810.96 | 10/30/2023 | 3 | MONTHLY |
| BRIAN C. SUMRALL | $1,385.05 | 01/30/2024 | 1 | MONTHLY |
| BRIAN C. SUMRALL | $0.00 | 02/29/2024 | 1 | MONTHLY |
| BRIAN C. SUMRALL | $3,810.96 | 03/29/2024 | 1 | MONTHLY |
| BRIAN C. SUMRALL | $4,076.78 | 04/29/2024 | 2 | MONTHLY |
| BRIAN C. SUMRALL | $4,294.63 | 06/29/2024 | 1 | MONTHLY |
| BRIAN C. SUMRALL | $2,672.79 | 07/29/2024 | 1 | MONTHLY |
| BRIAN C. SUMRALL | $0.00 | 08/29/2024 | 3 | MONTHLY |
| BRIAN C. SUMRALL | $9,147.29 | 11/19/2024 | 1 | MONTHLY |
| BRIAN C. SUMRALL | $4,634.30 | 11/29/2024 | 2 | MONTHLY |
| BRIAN C. SUMRALL | $0.00 | 12/19/2024 | End of Plan | MONTHLY |
| BRIAN C. SUMRALL | $2,814.05 | 01/29/2025 | 1 | MONTHLY |
| BRIAN C. SUMRALL | $0.00 | 02/28/2025 | 2 | MONTHLY |
| BRIAN C. SUMRALL | $4,634.30 | 04/28/2025 | 1 | MONTHLY |
| BRIAN C. SUMRALL | $4,953.00 | 05/28/2025 | 3 | MONTHLY |
| BRIAN C. SUMRALL | $4,746.42 | 08/28/2025 | 3 | MONTHLY |
| BRIAN C. SUMRALL | $4,746.42 | 11/28/2025 | 32 | MONTHLY |
| BRIAN C. SUMRALL | $0.00 | 07/28/2028 | End of Plan | MONTHLY |

RECEIPTS FOR THE LAST SIX MONTHS:

| DATE | TYPE | REFERENCE | AMOUNT | SOURCE |
| --- | --- | --- | --- | --- |
| 07/01/2025 | WD | 946980 | $1,143.00 | 1870974 |
| 07/08/2025 | WD | 947870 | $1,143.00 | 1878253 |
| 07/15/2025 | WD | 948669 | $1,143.00 | 1887497 |
| 07/22/2025 | WD | 949460 | $1,143.00 | 1895510 |
| 07/30/2025 | WD | 950203 | $1,075.54 | 1903943 |
| 08/07/2025 | WD | 951271 | $1,143.00 | 1912139 |
| 08/12/2025 | WD | 952057 | $1,143.00 | 1920547 |
| 08/21/2025 | WD | 952976 | $1,143.00 | 1930625 |
| 08/27/2025 | WD | 953500 | $1,143.00 | 1937475 |
| 09/04/2025 | WD | 954547 | $381.00 | 1945526 |
| 09/09/2025 | WD | 955073 | $1,143.00 | 1953833 |
| 09/15/2025 | WD | 955795 | $1,143.00 | 1962603 |
| 09/23/2025 | WD | 956645 | $1,143.00 | 1970006 |
| 10/01/2025 | WD | 957528 | $1,143.00 | 1978562 |
| 10/08/2025 | WD | 958485 | $1,143.00 | 1986744 |
| 10/14/2025 | WD | 959080 | $1,143.00 | 1996809 |
| 10/21/2025 | WD | 959912 | $1,143.00 | 2002635 |
| 10/29/2025 | WD | 960854 | $1,143.00 | 2011330 |
| 11/10/2025 | WD | 962153 | $381.00 | 2021988 |
| 11/12/2025 | WD | 962494 | $1,072.16 | 2029334 |
| 11/21/2025 | WD | 963693 | $1,143.00 | 2038357 |
| 12/01/2025 | WD | 964455 | $318.61 | 2046487 |