IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: BRIAN C. SUMRALL                                   CHAPTER 13 # 23-50927- KMS

MOTION TO SUSPEND CHAPTER 13 PLAN PAYMENTS,
INCLUDING ONGOING MORTGAGE PAYMENTS

Debtor files this Motion to Suspend Chapter 13 Payments respectfully showing unto the Court as follows:

1. The Debtor has a post-petition arrearage in the plan payments that accumulated over the past twelve months or more due to the loss of his job; however, the debtor has found a new job and will be able to make ongoing payments for the Chapter 13.

2. The Debtor desires to increase the amount of the plan payments to cure the post-petition arrearages over the remainder of the plan.

3. The Debtor proposes to suspend the missed post-petition plan payments and begin their ongoing regular payments in February 2026.

4. During the previously missed payments, the Debtor also missed making the regular ongoing mortgage payments, which are being paid inside the Chapter 13 plan. The Debtor moves that the mortgage payments, which were missed, also be cured on an altered basis over the life of the plan and requests that the Trustee be authorized to adjust his plan payment as necessary to fund this Chapter 13 plan over the remaining term.

Wherefore, Debtors pray this Court will enter its Order granting the suspension as requested. Debtor prays for such other, further, and general relief to which they may be entitled.

Respectfully submitted,                                                                    January 12, 2026

*/s/ Rachel Coxwell*
Rachel A. Coxwell   MSB#105559
Coxwell Attorneys
1675 Lakeland Drive, Suite 102
Jackson, MS 39216-4850
601 948-4450 voice
601 608-7858 fax
rachel@coxwellattorneys.com

CERTIFICATE OF SERVICE

    I hereby certify that to the extent any party is not served electronically by the CM/ECF system, I have caused a copy of the foregoing Motion to be sent by First Class U.S. mail, postage prepaid, to all creditors listed on the attached PACER mailing matrix, the U.S. Trustee, and the Ch 13 Trustee:

    US Trustee, USTPRegion05.ja.ecf@usdoj.gov
    Chapter 13 Trustee, David Rawlings, POB 556, Hattiesburg, MS 39403

*/s/ Rachel Coxwell*
Rachel A. Coxwell   MSB#105559                                       January 12, 2026
Coxwell Attorneys
1675 Lakeland Drive, Suite 102
Jackson, MS 39216-4850
601 948-4450 voice
601 608-7858 fax
rachel@coxwellattorneys.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: BRIAN C. SUMRALL                    CHAPTER 13 # 23-50927- KMS

NOTICE OF FILING MOTION TO SUSPEND CHAPTER 13 PLAN PAYMENTS, INCLUDING ONGOING MORTGAGE PAYMENTS

You are hereby notified that the above debtor has filed with the Bankruptcy Court a Motion to Suspend Payments of the Chapter 13 Plan.

You are further notified that if you desire to file an objection to the suspension, you must do so within twenty-one (21) days of the date of this notice and file the original with the Court at: U. S. Bankruptcy Court, 501 E Court Street, Suite 2.300, Jackson, MS 39225-2448

If no objection is timely filed, the Court may approve the Plan as modified.

*/s/ Rachel Coxwell*
Rachel A. Coxwell   MSB#105559
Coxwell Attorneys
1675 Lakeland Drive, Suite 102
Jackson, MS 39216-4850
601 948-4450 voice
601 608-7858 fax
rachel@coxwellattorneys.com

Certificate of Service

I hereby certify that to the extent any party is not served electronically by the CM/ECF system, I have caused a copy of the foregoing Notice to be sent by First Class U.S. mail, postage prepaid, to all creditors listed on the attached PACER mailing matrix, the U.S. Trustee, and the Ch 13 Trustee:

US Trustee, USTPRegion05.ja.ecf@usdoj.gov
Chapter 13 Trustee, David Rawlings, POB 556, Hattiesburg, MS 39403

*/s/ Rachel Coxwell*                                              January 12, 2026
Rachel A. Coxwell