United States Bankruptcy Court
Southern District of Mississippi

In re:  
Brian C. Sumrall  
    Debtor

Case No. 23-50927-KMS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2  
Date Rcvd: Feb 06, 2026     Form ID: pdf012     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Brian C. Sumrall, 1951 Jericho Loop, Mc Lain, MS 39456-2556 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2026      Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Frank H. Coxwell | on behalf of Debtor Brian C. Sumrall frank@coxwellattorneys.com joanie@coxwellattorneys.com,rachel@coxwellattorneys.com,coxwellattorneys@jubileebk.net |
| Natalie Kareda Brown | on behalf of Creditor SERVIS ONE  INC DBA BSI FINANCIAL SERVICES nbrown@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com |
| Rachel Coxwell | on behalf of Debtor Brian C. Sumrall rachel@coxwellattorneys.com fhcfile@gmail.com,joanie@coxwellattorneys.com,frank@coxwellattorneys.com,coxwellattorneys@jubileebk.net |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Special Counsel Gori  Julian & Associates trollins@therollinsfirm.com, |

District/off: 0538-6          User: mssbad          Page 2 of 2
Date Rcvd: Feb 06, 2026          Form ID: pdf012          Total Noticed: 1

jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 8



SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: February 6, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: BRIAN C. SUMRALL                    CHAPTER 13 # 23-50927- KMS

ORDER GRANTING MOTION TO SUSPEND CHAPTER 13 PLAN PAYMENTS,
INCLUDING ONGOING MORTGAGE PAYMENTS

This Matter having come before this Honorable Court on the Debtor's Motion to Suspend Plan Payments, including the ongoing mortgage payments [Dkt# 107], the Court orders as follows:

THAT, the Motion to Suspend Chapter 13 plan payments, including the ongoing monthly mortgage payments is granted.

THAT, the Trustee is authorized to increase the plan payment as necessary to fund this Chapter 13 over the remaining term, including the ongoing mortgage payments, when payments begin again in February 2026.

##END OF ORDER##

PREPARED BY:
Rachel A. Coxwell   MSB#105559
Coxwell Attorneys
1675 Lakeland Drive, Suite 102
Jackson, MS 39216-4850
601 948-4450 voice
601 608-7858 fax
rachel@coxwellattorneys.com